The People of the State of New York, Respondent, 
against
Robert Pleasant, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Tamiko A. Amaker, J.), rendered February 2, 2010, convicting him, upon a plea of guilty, of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Tamiko A. Amaker, J.), rendered February 2, 2010, affirmed.
Defendant's guilty plea was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375, 382 [2015]; People v Sougou, 26 NY3d 1052, 1054 [2015]). At the plea proceeding, defense counsel waived formal allocution and, in response to the court's questioning, defendant personally confirmed that he was pleading guilty of his own free will, that he "had an opportunity to thoroughly discuss" the plea offer with his attorney, and that he understood that he was giving up the "right to a trial by jury," the right to have an attorney "confront" and "cross-examine" witnesses, and the right to have the People prove the case against him beyond a reasonable doubt. Thus, the record as a whole establishes defendant's understanding and waiver of his constitutional rights (see Boykin v Alabama, 395 US 238 [1969]), "notwithstanding any deficiencies in the plea colloquy, including the lack of reference to the right against self-incrimination" (People v Velez, __ AD3d __, 2016 NY Slip Op 02572 [1st Dept. 2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 11, 2016